**Dennis HOLLIDAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64190.**

Missouri Court of Appeals,
Western District.

Dec. 6, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2006.

Application for Transfer Denied
April 11, 2006.

Andrew A. Schroeder, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

## *ORDER*

PER CURIAM.

Dennis Holliday appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).